Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.

ROBINSON, P. J., did not participate in the consideration or decision of this case.

427 A.2d 1186

Commonwealth ex rel., Ortiz v. DiGiacinto etc.

Appeal of Efrain Ortiz.

Submitted September 13, 1979. Mark S. Refowich, for appellant; John Gallagher, District Attorney, for appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

427 A.2d 1186

Erwin et ux., Appellants, v. Jones.

* Judge Donald E. Wieand is sitting by special designation. President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.

This decision was reached following the death of Robinson, J.

* Judge Donald E. Wieand is sitting by special designation.

600

Argued June 21, 1979.  Stewart Bernstein, for appellants; John Lewis, for appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.

427 A.2d 1187

Gibson et al., Appellants v. Henry et al.

Argued September 10, 1979.  C. Robert C. Elicker, Jr., for appellants;  William J. Gallagher, for appellees.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

427 A.2d 1187

Gumba et al., Appellants v. Tancredi.

Argued September 11, 1979. D. Laurence Rubini, for appellants;  Joseph W. McGuire, for appellee.

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

* Judge Donald E. Wieand is sitting by special designation.